STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MARIE L. RUBACKE, *ET AL.*, DEFENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Mr. George R. Sommer* and *Mr. Abraham Miller* for the petitioners.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for the respondent.

September 12, 1955. ▆▆▆▆

BASIL B. BRUNO, PLAINTIFF-PETITIONER, v. CITY OF LONG BRANCH, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 35 *N. J. Super.* 304.

*Mr. Sidney Alpern* for the petitioner.

*Mr. Edward Juska* and *Messrs. Durand, Ivins & Carton* for the respondents.